UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANK BOEHM, JR., BENEDETTA MELNICK,
and CREATIVE NEUROSCIENCE
APPLICATIONS LLC,

                Plaintiffs,

    -v-                                                 6:09-CV-131

INNOVATIVE SPINAL TECHNOLOGIES &
SCOTT SCHORER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on October 9, 2009, in Utica, New York, it is hereby

      ORDERED that defendant Schorer's motion to dismiss is GRANTED and the four causes of actions asserted against him are DISMISSED in their entirety.

      The Clerk of the Court is directed to remove defendant Schorer as a party to the action.

      IT IS SO ORDERED.

                                                               United States District Judge

Dated: October 9, 2009
       Utica, New York.